IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | NO. 09-270 |
| MICHAEL WRIGHT and RANDALL WRIGHT | : | |

**O R D E R**

**AND NOW**, this  29th  day of July, 2010, upon consideration of Defendant Michael Wright's motion to suppress physical evidence (Document # 49), defendant Randall Wright's request to join Michael Wright's motion (Document #56), all responses to the motion (Documents ## 62, 64, 70, 74), and the oral argument held July 12, 2010, it is hereby **ORDERED** that the motion is **GRANTED**. All evidence seized during the searches of the apartments of Michael Wright and Randall Wright on January 27, 2009, shall be excluded from trial.

**IT IS FURTHER ORDERED THAT**, in light of this Court's order granting the motion to suppress:

1. The government's motion to admit tape recordings (Document # 46) is DENIED WITHOUT PREJUDICE.

2. Michael Wright's motion for a Franks hearing (Document # 50) is DENIED WITHOUT PREJUDICE.

3. Michael Wright's motion to suppress his statement (Document # 51) is DENIED WITHOUT PREJUDICE.

4. Michael Wright's motion to compel the identity of the informant (Document # 52) is DENIED WITHOUT PREJUDICE.

5. Michael Wright's motion *in limine* to exclude or redact audio recordings (Document # 53) is DENIED WITHOUT PREJUDICE.

6. Michael Wright's motion *in limine* to exclude reference to John Dantzler (Document # 54) is DENIED WITHOUT PREJUDICE.

7. Michael Wright's motion *in limine* to exclude evidence of DEA forfeiture notice (Document # 55) is DENIED WITHOUT PREJUDICE.

8. The government's motion to admit tape recordings (Document # 57) is DENIED WITHOUT PREJUDICE.

9. The government's motion for extension of time (Document # 69) is DENIED AS MOOT.

10. Randall Wright's motion for extension of time to file motions (Document # 22) is DENIED AS MOOT.

11. Randall Wright's motion to dismiss (Document # 71) is DENIED WITHOUT PREJUDICE.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.